**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Samantha Adams McBride                              Case No. 25-00223-JAW
              Olin Watson McBride, Jr, Debtors                                   CHAPTER 13

## **NOTICE**

       The undersigned counsel for Debtors have filed papers with the court to approve attorney's compensation.

       **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

       If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

       If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

       You must also mail a copy to the Debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

       If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application for Compensation.

Date: July 1, 2025            Signature:   /s/ Thomas C. Rollins, Jr.
                                                        Thomas C. Rollins, Jr. (MSBN 103469)
                                                        Jennifer A Curry Calvillo (MSBN 104367)
                                                        The Rollins Law Firm, PLLC
                                                        PO Box 13767
                                                        Jackson, MS 39236
                                                        601-500-5533
                                                        trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Samantha Adams McBride                               Case No. 25-00223-JAW
         Olin Watson McBride, Jr, Debtors                              CHAPTER 13

**SECOND APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF NECESSARY EXPENSES
FOR THOMAS C. ROLLINS, JR.**

COMES NOW, Thomas C. Rollins, Jr., (the "Applicant") attorney for the Debtors, and files this *Second Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr.* and in support thereof, would respectfully show to this Honorable Court as follows, to-wit:

1. On January 29, 2025, Debtors filed a bankruptcy petition under Chapter 13 of the bankruptcy code.

**FEE AGREEMENT**

2. The Debtors and Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC (hereinafter "the firm"), have agreed to an hourly billing arrangement in lieu of this Court's standard "no look" fee award. Per said agreement, attorney T.C. Rollins is billed at a rate of $360.00 per hour while attorney Jennifer Calvillo is billed at a rate of $360.00 per hour. Paralegals are billed at a rate of $155.00 per hour. Legal Assistants bill at $100.00 per hour. Said rates are reasonable and in keeping with community custom and standards for attorneys in this area.

3. Throughout its representation of the Debtors herein, Applicant has maintained itemized billing entries which are completed and maintained contemporaneously with the associated service(s) provided.

## RETAINER

4. The Debtors provided an advanced payment retainer in the amount of $650.00, which was disbursed pursuant to *Order Granting First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Thomas C. Rollins, Jr.* (Dk #30).

## FEES PAID TO DATE

5. The Court previously approved interim compensation in the amount of $2,976.68 (Dk #30).

6. The trustee has disbursed $1,523.45 on this claim as of June 30, 2025.

## ADDITIONAL FEES REQUESTED

7. The time incurred and services provided by the firm since the filing of the previous fee application have resulted in Attorney's fees in the amount of $1,559.50 and expenses in the amount of $68.38 for a total of $1,627.88. A detailed accounting of which is attached hereto as Exhibit "A".

8. This is the Applicants' second request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from February 24, 2025 to June 30, 2025.

## TOTAL FEES FOR SECOND APPROVAL

9. The time incurred and services provided by the firm during the pendency of this case have resulted in Attorney's fees in the amount of $4,002.50 and expenses in the amount of $602.06 for a total of $4,604.56. A detailed accounting is attached hereto as Exhibit "B".

## A. LODESTAR ANALYSIS

### 1. The prevailing hourly rate in the community under § 330

The Applicant requests fees based on the following hourly rates: $360.00 for attorneys, $155.00 for paralegals, and $100.00 for legal assistants.

The hourly rates for attorneys with similar skills and experience as consumer bankruptcy attorneys can vary widely, typically ranging from $200 to $450 per hour. Due to the specialized nature of bankruptcy law, many attorneys are not proficient in this field. However, with 14 years of experience, approximately 4,000 bankruptcy cases filed, board certification in consumer bankruptcy law, and a strong community reputation, Thomas Rollins is well-qualified to command fees at the higher end of this range. Similarly, Jennifer Calvillo, who has 12 years of experience with the same firm, having worked on 90% of those 4,000 cases, holds board certification in consumer bankruptcy law, is highly regarded in the community, and is a partner in her firm, is equally positioned to charge at the upper end of this spectrum. The Applicants' paraprofessionals charge a blended rate of $127.50 per hour, which is within the reasonable range for paraprofessional services.

### 2. Reasonable hours expended

While Chapter 11 lawyers may only be compensated for reasonable time expended that produce a material benefit to the estate, § 330(a)(B) provides that a chapter 13 debtor's attorney can be awarded reasonable compensation for representing the interests of the debtor, based on the benefit and necessity of such services to the debtor and the other factors found in § 330.

The services provided to the Debtor and the expenses incurred by the Applicant were essential for administering the bankruptcy case, safeguarding the Debtor's rights, and fulfilling the Applicant's obligations under the Bankruptcy Code.

An itemization of time is attached as Exhibit "B" and an affidavit of Applicant is attached as Exhibit "C".

**3. Lodestar calculation**

The lodestar amount for the Applicant's attorneys is $1,944.00, reflecting 6.6 hours at an hourly rate of $294.55.

For the Applicant's paraprofessionals, the lodestar amount is $2,058.50, based on 19.7 hours at a blended rate of $104.49 per hour.

Together, the total lodestar amount is $4,002.50, representing a combined total of 26.3 hours at a blended rate of $152.19 per hour.

## B. ADJUSTMENTS TO LODESTAR

After determining the appropriate lodestar amount, the Court must decide whether the application of the § 330 factors and the Johnson factors warrant upward or downward adjustment.

**1.      § 330 Factors**

The following § 330 factors were already discussed when determining the lodestar amount:

(A) The time spent on such services;

(B) The rates charged for such services;

(C) Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

The remaining § 330 factors are discussed b**elow:**

(D) Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of a case under this title;

    a. The services provided to the Debtor and the expenses incurred by the Applicant were essential for administering the bankruptcy case, safeguarding the Debtor's rights, and fulfilling the Applicant's obligations under the Bankruptcy Code.
    b. No adjustment is warranted.

(E) Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed;

    a. The Applicant did not devote excessive time to drafting schedules, pleadings, or conducting research. A significant amount of time was spent investigating the Debtor's financial situation and gathering the necessary documents for submission to the Trustee. This work was efficiently handled by legal assistants, who billed at $100.00 per hour.
    b. No adjustment is warranted.

(F) With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

    a. Both Thomas Rollins and Jennifer Calvillo are board-certified in consumer bankruptcy law by the American Board of Certification. In Mississippi, only five bankruptcy practitioners hold this certification, with three based in the state. Of these, two are with the Applicant's firm.
    b. The Applicant's extensive experience has already been addressed in the lodestar analysis.
    c. This factor was taken into account when setting the Applicant's hourly rate, but otherwise supports an upward adjustment.

**2.    Johnson Factors**

The following *Johnson* factors were already discussed when determining the lodestar amount:

1. The time and labor required.

2. The novelty and difficulty of the questions presented.

3. The skill required to perform the legal services properly.

4. The customary fee in the community.

5. Whether the fee is fixed or contingent.

6. The experience, reputation, and ability of the attorneys.

The remaining *Johnson* factors are discussed b**elow:**

7. The preclusion of other employment by the attorney due to acceptance of the case.
    a. Not Applicable.
    b. No adjustment is warranted.

8. Time limitations imposed by the client or circumstances.

    a. Not Applicable
    b. No adjustment is warranted.

9. The amount involved and the results obtained.

    a. This factor was already discussed in the § 330 analysis (Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of a case under this title;)
    b. No adjustment is warranted.
    c.
10. The undesirability of the case.

    a. While this case is no less desirable that other chapter 13 cases, when compared to the broader legal community chapter 13 cases have many elements that make them very undesirable.
    b. **Client Non-Cooperation**: Debtors in Chapter 13 cases may have difficulty gathering the necessary financial documentation or adhering to the repayment plan, which increases the attorney's workload and the chances of case dismissal.
    c. **Length of the Process**: Chapter 13 cases typically last 5 years, which may lead to diminished client interest and requires attorneys to remain vigilant for potential issues throughout the repayment period. Few practice areas demand such a long-term commitment, where a lawyer must predict an appropriate fee upfront. While some bankruptcy cases are confirmed and proceed smoothly, most require substantial additional work post-confirmation, including handling Motions to Dismiss or Motions for Relief.
    d. **Risk of Dismissal**: If the debtor fails to make payments or meet other requirements of the repayment plan, the case may be dismissed, and the attorney may not be compensated for all of the work completed. Chapter 13 practitioners collect a shockingly low percentage of allowed fees in chapter 13 cases.
    e. This factor weighs in favor of an upward adjustment.

11. The nature and length of the professional relationship with the client.

    a. Applicant had no prior professional relationship with the client prior to their engagement in this matter.
    b. No adjustment is warranted.

12. Awards in similar cases

    a. The "market rate" of $4,000.00 is a distorted figure, as attorneys are pressured to accept it to avoid the burdensome fee application process, rather than reflecting a true market rate.
    b. Under § 330(a)(3)(F), the Court is instructed to compensate bankruptcy attorneys at a rate comparable to that of similarly skilled and experienced **non-bankruptcy attorneys**.
    c. This is only one of the twelve Johnson factors. If the Court determines that a downward adjustment is warranted, this factor should be considered alongside the other § 330 and Johnson factors which favor an upward adjustment of the lodestar.
    d. Market rates have been addressed in the lodestar analysis, and no additional adjustment is necessary.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing Debtors to pay said attorneys' fees and expenses. Applicants pray for general relief.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Application for Compensation was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>SAMANTHA ADAMS MCBRIDE<br>OLIN WATSON MCBRIDE, JR | CASE NO: 25-00223-JAW<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/1/2025, I did cause a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A Invoice

Exhibit B Accounting

Exhibit C Affidavit

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/1/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 25-00223-JAW |
| SAMANTHA ADAMS MCBRIDE<br>OLIN WATSON MCBRIDE, JR | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 7/1/2025, a copy of the following documents, described below,

Notice and Application for Compensation

Exhibit A Invoice

Exhibit B Accounting

Exhibit C Affidavit

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/1/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO                               EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING        US BANKRUPTCY COURT              AIDVANTAGE ON BEHALF OF
NCRS ADDRESS DOWNLOAD                   THAD COCHRAN US COURTHOUSE       DEPT OF ED LOAN SERVICES
CASE 25-00223-JAW                       501 E COURT STREET               PO BOX 300001
SOUTHERN DISTRICT OF MISSISSIPPI        SUITE 2300                       GREENVILLE TX 75403-3001
TUE JUL 1 9-23-57 PST 2025              JACKSON  MS 39201-5036




ANESTHESIA CONSULTANTS                  ARMSTRONG  ASSOCIATES            BAPTIST MEMORIAL HOSP
PO BOX 24023                            208 ADAMS ST                     PO BOX 745336
JACKSON  MS 39225-4023                  MOBILE  AL 36603-6598            ATLANTA  GA 30384-5336




CAPITAL ONE                             DEPARTMENT OF TREASURY           DISCOVER BANK
ATTN BANKRUPTCY                         INTERNAL REVENUE SERVICE         PO BOX 3025
PO BOX 30285                            P O BOX 7346                     NEW ALBANY  OH  43054-3025
SALT LAKE CITY  UT 84130-0285           PHILADELPHIA PA 19101-7346




DISCOVER FINANCIAL                      DUKE HEALTH                      FDOT
ATTN BANKRUPTCY                         PO BOX 110566                    PO BOX 71237
PO BOX 3025                             DURHAM  NC 27709-5566            CHARLOTTE  NC 28272-1237
NEW ALBANY  OH 43054-3025




FREEDOM MORTGAGE CORP                   FREEDOM MORTGAGE CORPORATION     GREAT AMERICAN INSURANCE COMPANY
ATTN BANKRUPTCY                         BANKRUPTCY DEPARTMENT            PHOENIX MANAGEMENT SOLUTIONS  LLC
907 PLEASANT VALLEY                     11988 EXIT 5 PKWY BLDG 4         10000 N 31ST AVE SUITE C309
STE 3                                   FISHERS IN 46037-7939            PHOENIX  AZ 85051-0910
MT LAUREL  NJ 08054-1210




HOLLIS COBB ASSOCIATES                  INTERNAL REVENUE SERVI           JW BOND ASSOCIATES
4366 PARK DRIVE                         CO US ATTORNEY                   6023 A KELLERS CHURCH
NORCROSS  GA 30093-2959                 501 EAST COURT ST                PIPERSVILLE  PA 18947-1019
                                        STE 4430
                                        JACKSON  MS 39201-5025




JACKSON HB MEDICAL                      (P)JEFFERSON CAPITAL SYSTEMS LLC KEESLER FEDERAL CREDIT UNION
PO BOX 14099                            PO BOX 7999                      ATTN BANKRUPTCY
BELFAST  ME 04915-4034                  SAINT CLOUD MN 56302-7999        PO BOX 7001
                                                                         BILOXI  MS 39534-7001




MS DEPT OF REVENUE                      MERIT HEALTH RIVER OAK           MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION                      PO BOX 281466                    BANKRUPTCY SECTION
PO BOX 22808                            ATLANTA  GA 30384-1466           PO BOX 22808
JACKSON  MS 39225-2808                                                   JACKSON  MS 39225-2808




NAVIENT                                 PHX MGMT SOL                     PROFESSIONAL ACCOUNT S
ATTN  BANKRUPTCY                        10000 N 31ST AV                  PO BOX 188
PO BOX 9635                             PHOENIX  AZ 85051-9569           BRENTWOOD  TN 37024-0188
WILKES BARRE  PA 18773-9635
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

REGIONS BANK
ATTN BANKRUPTCY
650 S MAIN ST
STE 1000
SALT LAKE CITY  UT 84101-2844

REGIONS DBA ENERBANK USA
650 S MAIN STREET  SUITE 1000
SALT LAKE CITY UT 84101-2844

RESURGENT RECEIVABLES  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965064
ORLANDO  FL 32896-5064

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

THE NEWBORN ASSOCIATES
5 RIVER BEND PLACE
STE C
FLOWOOD  MS 39232-7618

TRUSTCARE HEALTH
PO BOX 14000
ATTN 24860Y
BELFAST  ME 04915-4033

UMMC
PO BOX 3488
DEPT 05-077
TUPELO  MS 38803-3488

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

US DEPARTMENT OF EDUCATION CO NELNET
121 S 13TH ST
LINCOLN  NE 68508-1904

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

WELLS FARGO BANK
ATTN BANKRUPTCY
1 HOME CAMPUS MAC
DES MOINES  IA 50328-0001

WELLS FARGO BANK  NA
WELLS FARGO CARD SERVICES
PO BOX 10438  MAC F8235-02F
DES MOINES  IA  50306-0438

OLIN WATSON MCBRIDE JR
208 COBBLESTONE DR
MADISON  MS 39110-9186

DEBTOR
SAMANTHA ADAMS MCBRIDE
208 COBBLESTONE DR
MADISON  MS 39110-9186

~~EXCLUDE~~
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM  PLLC~~
~~PO BOX 13767~~
~~JACKSON  MS 39236-3767~~

~~EXCLUDE~~
~~TORRI PARKER MARTIN~~
~~TORRI PARKER MARTIN  CHAPTER 13~~
~~BANKRUPT~~
~~200 NORTH CONGRESS STREET  STE 400~~
~~JACKSON  MS 39201-1902~~