

# INVOICE

Invoice # 8041
Date: 06/30/2025
Due On: 07/30/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Samantha Adams McBride and Olin Watson McBride, Jr

## 05698-McBride, Jr Samantha Adams McBride and Olin Watson

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | JC | 02/24/2025 | Reviewed e-mail memo from TR regarding Notice with Application, Exhibit A and proposed Order; reviewed e-mail memo from SA with attached Exhibit C - Affidavit; converted all documents to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com. | 0.20 | $0.00 | $0.00 |
| Service | KAR | 02/24/2025 | Review email from debtor: Reviewed email from debtor stating that she would be getting an amended 2023 tax return and would submit once she received it | 0.10 | $100.00 | $10.00 |
| Service | JC | 02/24/2025 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A, Exhibit C, Cost of Mailing, and Proposed Order for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | KAR | 02/24/2025 | Review and organize documents provided by debtor: Reviewed and organized amended 2023 tax return and 2024 tax return provided by debtor via email | 0.20 | $100.00 | $20.00 |
| Service | KAR | 02/24/2025 | Review email from debtor: Reviewed email from debtor inquiring on why she received a bill for $34 for adding | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | a debt to her case; drafted email to debtor informing her that the fee was for adding JW Bonding as a creditor to her case as she informed us of this debt after her case was filed and there is a $34 fee for adding a debt after the case has been filed | | | |
| Service | CO | 02/25/2025 | Incoming Call: Phone conference with Tanya from trustee Martin's office called to inform us the driver's license sent to them is expired and requests we attempt to get an updated one uploaded by the debtor's 341 at 10:30am. Created task to call debtor's. | 0.10 | $100.00 | $10.00 |
| Service | CO | 02/25/2025 | Call Debtor: Phone conference with with explaining that we needed a color copy of her husbands renewed license before their meeting of creditors today. She stated she was at the Jackson office waiting for her husband to arrive and would give to to VM to scan if it was available. | 0.10 | $100.00 | $10.00 |
| Service | TR | 02/25/2025 | Attend Ch 13 Meeting of Creditors Torri Parker Martin | 0.40 | $360.00 | $144.00 |
| Service | JC | 02/25/2025 | Reviewed tax returns submitted by debtor; telephone conference with debtor informing I need signed tax returns; discussed that she filed electronically - that I am sending to the IRS to amend their POC. | 0.20 | $155.00 | $31.00 |
| Service | KAR | 02/25/2025 | Reviewed and organized certificate of completion for both debtors | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/25/2025 | Drafted 341 reset letter | 0.30 | $100.00 | $30.00 |
| Service | JAC | 02/26/2025 | Review: 25-00223-JAW Statement Adjourning Meeting of Creditors. Document# 19 | 0.20 | $360.00 | $72.00 |
| Service | KAR | 02/26/2025 | drafted email to debtor providing copy of 341 reset letter | 0.10 | $100.00 | $10.00 |
| Service | VM | 02/26/2025 | Call Debtor: Called debtor to scheduled In office Meeting of Creditors for debtor | 0.10 | $100.00 | $10.00 |
| Service | TR | 02/26/2025 | Review and sign confirmation order by email. | 0.10 | $360.00 | $36.00 |
| Service | JC | 02/26/2025 | Contact Debtor (Text/Email): Drafted text message to wife requesting she | 0.10 | $155.00 | $15.50 |

Invoice # 8041 - 06/30/2025

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | e-mail signed tax returns to my e-mail address and provided same. |  |  |  |
| Service | JC | 02/26/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring what pay stubs she needs to provide regarding her pay increase; drafted reply explaining same and reminding we also need the updated expenses and spouse's pay. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/27/2025 | Reviewed e-mail from wife inquiring what average pay was used for husband and inquiring if we need six months pay for him; reviewed Schedules I and J; drafted reply attaching same and informing we need 2 months pay for both of them. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/27/2025 | Drafted e-mail to debtors requesting they send copy of signed tax returns so I can send to the IRS to get POC amended. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/27/2025 | Call Debtor: Telephone conference with debtor; she said she is trying to get her tax returns faxed but is having problems getting the whole thing; told her to just fax the signature pages and I will combine them with her tax returns; she is sending 2024 and Amended 2023. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 02/27/2025 | Review: 25-00223-JAW Order Rescheduling 341 Meeting, Extending Deadline File Objection to Confirmation, and Resetting Confirmation Hearing Document# 20 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 02/27/2025 | Review: 25-00223-JAW Certificate of Service Document# 21 | 0.10 | $360.00 | $36.00 |
| Service | JC | 02/28/2025 | Reviewed signature pages for Amended 2023 and 2024 tax returns submitted by debtors; merged with tax returns; reviewed IRS POC; drafted e-mail to IRS attaching tax returns and copy of tax returns and informing they were both filed electronically this week and requesting the POC be amended; debtor also provided a copy of her calculation of her tax detail. | 0.30 | $155.00 | $46.50 |
| Service | JC | 02/28/2025 | Reviewed H's renewed DL, converted to pdf format; submitted via online portal to trustee. | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 03/05/2025 | Review: Proof of Claim 25-00223-JAW Great American Insurance Company Document # 6 | 0.10 | $360.00 | $36.00 |
| Service | JC | 03/06/2025 | Reviewed docket - POC not amended; drafted follow-up e-mail to IRS regarding same. | 0.10 | $155.00 | $15.50 |
| Service | BB | 03/10/2025 | Contact Debtor (Text/Email): Reviewed best case for debtors Trustee for the link for their meeting of creditors. Drafted courtesy reminder text with the meeting information for their meeting of creditors zoom for tomorrow. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/11/2025 | Review: Proof of Claim 25-00223-JAW Department of Treasury Document # Amended 5 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 03/11/2025 | Ch Meeting of Creditors Torri Parker Martin) | 0.60 | $360.00 | $216.00 |
| Service | TR | 03/12/2025 | Review and sign confirmation order via email | 0.10 | $0.00 | $0.00 |
| Service | BM | 03/14/2025 | Review: Proof of Claim 25-00223-JAW Wells Fargo Bank, N.A., Wells Fargo Card Services Document # 7 | 0.10 | $155.00 | $15.50 |
| Service | BM | 03/14/2025 | Review: Proof of Claim 25-00223-JAW Resurgent Receivables, LLC Document # 8 | 0.10 | $155.00 | $15.50 |
| Service | TR | 03/18/2025 | Review docket for confirmation, no issues to resolve | 0.10 | $360.00 | $36.00 |
| Service | VM | 03/18/2025 | Received email from attorney regarding a creditor not receiving correspondence from court, researched and found a 2nd address to mail documents to, sent email to JC for review. | 0.20 | $100.00 | $20.00 |
| Service | JAC | 03/20/2025 | Review: 25-00223-JAW Order Confirming Chapter 13 Plan Document# 25 | 0.10 | $360.00 | $36.00 |
| Service | VM | 03/20/2025 | Call Debtor: Phone conference with debtor to request correct address for creditor Anesthesia Consultants. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/27/2025 | Review: 25-00223-JAW Hearing Set Document# 28 | 0.10 | $360.00 | $36.00 |
| Service | VM | 04/01/2025 | Review email from debtor: Reviewed email from debtor, she was | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | concerned about a unpaid toll scam text she had received, informed her this is a scam and I was not so sure it was legit. Attached a article about the scam. | | | |
| Service | JAC | 04/02/2025 | Review: 25-00223-JAW Order on Application for Compensation Document# 30 | 0.10 | $360.00 | $36.00 |
| Service | BB | 04/03/2025 | Incoming Call: Phone conference with debtor inquiring if she is able to have a corporate credit card from her employer in her name. Drafted email memo to JC. | 0.10 | $100.00 | $10.00 |
| Service | VM | 04/07/2025 | Call Debtor: Reviewed email from JC in BB's email, confirmed debtor can obtain a corporate credit card. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/10/2025 | Review claims register and compare to the Plan to determine if additional claims are needed, review secured claims | 0.30 | $360.00 | $108.00 |
| Service | JAC | 05/09/2025 | Review: 25-00223-JAW Amended Order Upon Employer Directing Deductions from Pay Document# 32 | 0.10 | $360.00 | $36.00 |
| Service | CO | 05/09/2025 | Contact Debtor (Text/Email): Reviewed: 25-00223-JAW Amended Order Upon Employer Directing Deductions from Pay; Drafted email to debtor with the order. | 0.10 | $100.00 | $10.00 |
| Service | KR | 05/09/2025 | Incoming Call: Telephone conference with debtor about the increased wage order and the status of the Joint Debtor's employment; reviewed options once he gets a job | 0.30 | $155.00 | $46.50 |
| Service | CO | 05/20/2025 | Contact Debtor (Text/Email): Reviewed memo from KR stating debtors wanted to know why there was an increase to their plan. Reviewed confirmed plan and order on application for compensation. Drafted email to debtor with both documents explaining the increase. | 0.20 | $0.00 | $0.00 |
| Service | JC | 06/30/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/30/2025 | Reviewed 1st Application, Order, and Invoice filed in case; entered information into Lodestar Analysis | 0.30 | $155.00 | $46.50 |

|  | | | | |
|---|---|---|---|---|
| | spreadsheet and Exhibit B; reviewed trustee's site to determine amount of attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation, Notice, Affidavit, and proposed Order. | | | |
| | | | **Services Subtotal** | **$1,559.50** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 02/24/2025 | Mailing Expense - 1st Fee Application Difference in Estimate vs Actual | 1.00 | $8.54 | $8.54 |
| Expense | 06/30/2025 | Mailing Expense - 2nd Fee Application Estimate | 1.00 | $59.84 | $59.84 |
| | | | **Expenses Subtotal** | | **$68.38** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 2.1 | $360.00 | $756.00 |
| Thomas Rollins | Attorney | 0.6 | $360.00 | $216.00 |
| Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Jacki Curry | Non-Attorney | 2.0 | $155.00 | $310.00 |
| Jacki Curry | Non-Attorney | 0.2 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 0.6 | $100.00 | $60.00 |
| Breanne McDaniel | Non-Attorney | 0.2 | $155.00 | $31.00 |
| Clara Ortega | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Clara Ortega | Non-Attorney | 0.2 | $0.00 | $0.00 |
| Kirsten Raimey | Non-Attorney | 0.9 | $100.00 | $90.00 |
| Kerri Rodabough | Non-Attorney | 0.3 | $155.00 | $46.50 |
| | | | **Subtotal** | **$1,627.88** |
| | | | **Total** | **$1,627.88** |

Invoice # 8041 - 06/30/2025

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7587 | 03/23/2025 | $2,976.68 | $0.00 | $2,976.68 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8041 | 07/30/2025 | $1,627.88 | $0.00 | $1,627.88 |

| | |
|---|---|
| **Outstanding Balance** | **$4,604.56** |
| **Total Amount Outstanding** | **$4,604.56** |

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?  `6`  pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?  `32`  parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.  `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.  `1`

**Disclaimer & User Agreement:**

> By clicking on the 'Get Estimate' button below, you (hereafter "User") agree to the following terms and conditions. This quote is for estimation purposes and is not a guarantee of cost for services. Quote is based on current information from User about the mailing project requirements. It does not constitute a review by BK Attorney Services, LLC for pricing on the actual cost of mailing a particular project. Many factors may or may not be known at the time of obtaining the estimate.  Changes in addresses, changes in documents, international mail costs and other factors all influence the

[ Get Estimate! ]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  |
|---|---|
|  | 96 |
| Date and Time: | Mon Jun 30 2025 07:57:43 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 192 |
| Sheets Per Envelope | 3 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                36.480000000000004 |
| Postage Cost: | $                23.36 |
| Total Cost: | $                59.84 |

[ Print This Estimate ]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED