**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Samantha Adams McBride                           Case No. 25-00223-JAW
         Olin Watson McBride, Jr, Debtors                           CHAPTER 13

**SECOND ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B**

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,443.00 | $533.68 | $2,976.88 | 30 | 04/01/2025 |
| $1,559.50 | $68.38 | $1,627.88 | n/a | n/a |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| $4,002.50 | $602.06 | $4,604.56 |  |  |



# INVOICE

Invoice # 7587
Date: 02/21/2025
Due On: 03/23/2025

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Samantha Adams McBride and Olin Watson McBride, Jr

### 05698-McBride, Jr Samantha Adams McBride and Olin Watson

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | GM | 12/10/2024 | Reviewed email from the debtor requesting assistance with her information packet, which included six questions. Drafted response answering all debtors questions. | 0.20 | $155.00 | $31.00 |
| Service | SA | 12/11/2024 | In-Office Conference: Client came in with GIP, statements for 3 bank accounts, November statement for Venmo, September and October statements for Paypal, copies of driver's licenses for her and husband, husband's SSC, paystubs for both, taxes for 2022 and 2023, 401K statements, and a bond contract. Organized and uploaded all to client docs. Added emergency contacts to matter. Advised client we need the September and October statements for Venmo, provided kar's email to submit them; drafted text to request the November statement for PayPal. | 0.80 | $100.00 | $80.00 |
| Service | BM | 12/12/2024 | Reviewed debtor's drivers licenses and social security cards to collect information to pull their credit report | 0.10 | $0.00 | $0.00 |
| Service | KAR | 12/12/2024 | Review and organize documents provided by debtor: Reviewed and organized additional bank provided by debtor via email | 0.20 | $100.00 | $20.00 |
| Service | BM | 12/12/2024 | Draft email to client to review credit | 0.10 | $0.00 | $0.00 |

Invoice # 7587 - 02/21/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | report and provide us with a any debts not included in the report | | | |
| Service | KAR | 12/16/2024 | Reviewed debtor's credit report for student loans - debtor does have student loans; drafted email to debtor requesting student loan data from NSLDS to be reviewed for potential discharge | 0.10 | $0.00 | $0.00 |
| Service | KAR | 12/17/2024 | Review and organize documents provided by debtor: Reviewed and organized national student loan data provided by debtor via email | 0.10 | $0.00 | $0.00 |
| Service | KAR | 12/17/2024 | Review email from debtor: Reviewed email from debtor requesting advice on what to do about creditors that are contacting her; drafted email to debtor informing her that we could not do anything until her case was filed and she had a case number so she would have to decide how she wanted to handle creditors that are currently contacting her | 0.20 | $100.00 | $20.00 |
| Service | KAR | 12/18/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed file to determine what documents are needed to file; drafted email to debtor requesting additional GIP information, bank, and pay | 1.00 | $100.00 | $100.00 |
| Service | KAR | 12/18/2024 | Incoming Call: Telephone conference with debtor to answer some of her questions regarding some of the additional information and documentation that was requested; collected additional GIP information from debtor | 0.30 | $100.00 | $30.00 |
| Service | JAC | 12/19/2024 | review NSLDS | 0.20 | $360.00 | $72.00 |
| Service | KAR | 12/19/2024 | Review email from debtor: Reviewed email from debtor providing additional GIP information; drafted email to debtor requesting the year of a vehicle debtor previously owned | 0.10 | $0.00 | $0.00 |
| Service | KAR | 12/19/2024 | Review email from debtor: Reviewed email from debtor providing the year of a vehicle | 0.10 | $0.00 | $0.00 |
| Service | KAR | 01/02/2025 | Review and organize documents provided by debtor: Reviewed and organized additional GIP information | 0.50 | $100.00 | $50.00 |

|         |     |            | and pay provided by debtor via email |      |          |          |
|---------|-----|------------|--------------------------------------|------|----------|----------|
| Service | KAR | 01/02/2025 | Contact Debtor (Text/Email): Drafted email to debtor requesting additional bank | 0.10 | $0.00 | $0.00 |
| Service | KAR | 01/07/2025 | Review and organize documents provided by debtor: Reviewed and organized bank provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/07/2025 | Review email from debtor: Reviewed email from debtor confirming if I had her Wells Fargo checking dated through December 7th; drafted email to debtor informing her that I did not have that statement and requested that she submit that statement | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/08/2025 | Review and organize documents provided by debtor: Reviewed and organized additional December bank provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | BM  | 01/09/2025 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers licenses, and social security cards) to ensure we have all documents for attorney to prepare case. Sent file to attorney. | 0.40 | $155.00 | $62.00 |
| Service | KAR | 01/13/2025 | Review and organize documents provided by debtor: Reviewed file to determine what documents are needed to file; drafted email to debtor requesting additional bank | 0.10 | $0.00 | $0.00 |
| Service | KAR | 01/13/2025 | Reviewed related contacts for emergency contacts; emergency contacts are listed in related contacts | 0.10 | $0.00 | $0.00 |
| Service | BM  | 01/13/2025 | Input Case - prepare petition, review and select debts to import from credit report, add debts in information packet not on credit report. Began preparation of Schedule A/B, SOFA, Schedule I/J, Form 122 | 1.00 | $155.00 | $155.00 |
| Service | BM  | 01/14/2025 | Input Case-researched social security number on PACER | 0.10 | $0.00 | $0.00 |
| Service | KAR | 01/14/2025 | Review and organize documents provided by debtor: Reviewed and organized remaining October bank provided by debtor via email | 0.10 | $0.00 | $0.00 |
| Service | KAR | 01/14/2025 | Contact Debtor (Text/Email): Drafted | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email to debtor instructing her to continue to sending all pay and bank until further notice | | | |
| Service | KAR | 01/14/2025 | Contact Debtor (Text/Email): Drafted email to debtor providing list of creditors for their review | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/15/2025 | Review email from debtor: Reviewed email from debtor requesting clarification on a few of the listed creditors; drafted email to debtor clarifying about the Enerbank creditor but informed her that I would have to look into the other creditor to find out more information on it | 0.10 | $100.00 | $10.00 |
| Service | KAR | 01/15/2025 | Drafted email to BM requesting more information on a creditor listed in the debtors list of creditors | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/15/2025 | Review for money in trust | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/15/2025 | Input Case - review & revise petition, schedules prepared by BM. calculate deductions for MT, I. | 0.30 | $360.00 | $108.00 |
| Service | JC | 01/15/2025 | Contact Debtor (Text/Email): Drafted text message to debtor regarding opening a new bank account. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/16/2025 | Contact Debtor (Text/Email): Reviewed text messages from debtor informing she has another account with Regions for class reunion and asking questions about bank she owes; reviewed GIP and bank statements; drafted reply informing we need Regions account statements if it is still opens and reiterating account would be frozen and money taken to apply to loan. | 0.20 | $155.00 | $31.00 |
| Service | KAR | 01/16/2025 | Review and organize documents provided by debtor: Reviewed and organized additional bank and pay provided by debtor via email | 0.20 | $100.00 | $20.00 |
| Service | BM | 01/16/2025 | Received memo from Kirsten that debtor has a savings account at Regions she forgot about. Reviewed debtor's file to ensure we have all bank statements for the account and updated Schedule B to add it to her case. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 01/16/2025 | Contact Debtor (Text/Email): Drafted | 0.10 | $100.00 | $10.00 |

Page 4 of 13

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email to debtor informing her that the Professional Account creditor was listed as a debt collector in the debtor's GIP | | | |
| Service | JAC | 01/16/2025 | Calculate plan payment, prepare J. Pull SSN on lexis | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/16/2025 | Draft email to debtor with bankruptcy options | 0.20 | $360.00 | $72.00 |
| Service | JC | 01/17/2025 | Reviewed text message from debtor informing she sent the bank statements yesterday for the Regions Account, that funds have now been transferred, and that she is just waiting on 2 transactions to show up that she paid yesterday. | 0.10 | $155.00 | $15.50 |
| Service | JC | 01/17/2025 | Contact Debtor (Text/Email): Reviewed e-mail from wife informing they are ready to proceed with a few questions; responded to questions and also informed that they can ask questions at signing appointment before filing; reviewed another e-mail from wife recalling e-mail; drafted text message to debtor informing I sent an e-mail reply and inquiring if they are ready to proceed with filing. | 0.20 | $155.00 | $31.00 |
| Service | JC | 01/17/2025 | Contact Debtor (Text/Email): Reviewed text message from wife informing they are ready to proceed and will ask additional questions at signing; drafted reply regarding same. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 01/21/2025 | Review and organize documents provided by debtor: Reviewed and organized additional pay for wife provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | JAC | 01/27/2025 | Prepare SIgning Docs | 0.20 | $360.00 | $72.00 |
| Service | TR | 01/28/2025 | Conference w/ client to review and revise petition, schedules and statements - discuss clients duties in bankruptcy | 0.60 | $360.00 | $216.00 |
| Service | JAC | 01/28/2025 | Make updates to schedule B per signing appt instructions. Prepare & send final bk to ∆s to review & sign | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/29/2025 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |

Invoice # 7587 - 02/21/2025

| Service | KAR | 01/29/2025 | Contact Debtor (Text/Email): Drafted text to debtor providing case number | 0.10 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|
| Service | KAR | 01/29/2025 | Contact Debtor (Text/Email): Reviewed Plan; drafted bankruptcy plan payments and other information letter (Yellow Page); drafted e-mail to debtor attaching same. | 0.20 | $100.00 | $20.00 |
| Service | TR | 01/30/2025 | Email w/ Trustee re: MDoR interest rate in plan | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/31/2025 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $360.00 | $108.00 |
| Service | JAC | 01/31/2025 | Review: 25-00223-JAW Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $0.00 | $0.00 |
| Service | KAR | 01/31/2025 | Review email from debtor: Reviewed email from debtor requesting instructions for making online payments; drafted email to debtor providing tfs instructions for making online payments | 0.10 | $100.00 | $10.00 |
| Service | JC | 01/31/2025 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com adding names and addresses for two additional notice parties. | 0.20 | $0.00 | $0.00 |
| Service | JC | 01/31/2025 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 02/01/2025 | Reviewed BC for debtor's plan - debtor has a wage order; assigned wage order tasks list | 0.10 | $0.00 | $0.00 |
| Service | KAR | 02/03/2025 | Contact Debtor (Text/Email): Reviewed BC for wage order; reviewed and organized wage order; drafted email to debtor providing wage order | 0.10 | $100.00 | $10.00 |
| Service | VM | 02/03/2025 | Incoming Call: Tyler from Regions called to confirm status of debtors case, informed creditor debtor has filed bankruptcy, provided case number. | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/03/2025 | Contact Debtor (Text/Email): Drafted email to debtors informing them of the | 0.10 | $100.00 | $10.00 |

Invoice # 7587 - 02/21/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | date and time of their 341 - advised debtor that they could attend the meeting in the Jackson or via Zoom on their own and requested that they let me know which option they would prefer | | | |
| Service | KAR | 02/04/2025 | Review email from debtor: Reviewed email from debtor inquiring on when she should complete the 2nd CCC and how to handle an unauthorized withdrawal from her bank account that caused her account to incur overdraft fees; drafted email to debtor informing her that she needed to complete the 2nd ccc as soon as possible and that she should be able to contact her bank and inform them of the unauthorized transaction and request that they refund the overdraft fees that were incurred due to it | 0.20 | $100.00 | $20.00 |
| Service | KAR | 02/04/2025 | Review email from debtor: Reviewed email from debtor stating that she would be fine attending in the office or completing the Zoom on her own - debtor inquired on if she would be required to speak during the hearing and how long the meeting would be; drafted email to debtor informing her that we prefer that clients attend in the office but if she is confident in her ability to use Zoom, has reliable Internet, and a quiet space to listen to the meeting in then she is welcome to do the meeting on her own - informed debtor that she would be required to speak and that hearing times can vary from 30 minutes to an hour or longer | 0.20 | $100.00 | $20.00 |
| Service | KAR | 02/04/2025 | Review and organize documents provided by debtor: Reviewed and organized remaining January pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/05/2025 | Review email from debtor: Reviewed email from debtor stating that she would attend in the Jackson office for her 341; drafted email to debtor informing her that she would need to be at the office no later than ten minuets before her meeting starts at 10:30am | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/05/2025 | Review email from debtor: Reviewed email from debtor stating that she was contacted by a creditor that she | 0.20 | $100.00 | $20.00 |

Invoice # 7587 - 02/21/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | mistakenly forgot to add to her BK; informed debtor that she would need to provide all required information needed for adding an additional debtor to a BK case | | | |
| Service | BM | 02/05/2025 | Review: Proof of Claim 25-00223-JAW Discover Bank Document # 1 | 0.10 | $0.00 | $0.00 |
| Service | KAR | 02/06/2025 | Reviewed Meeting of Creditors to determine debtor's trustee | 0.10 | $100.00 | $10.00 |
| Service | BM | 02/07/2025 | Review: Proof of Claim 25-00223-JAW Mississippi Department of Revenue Document # 2. Sent to attorney for further review. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/07/2025 | Review: Proof of Claim 25-00223-JAW Mississippi Department of Revenue Document # 2 | 0.20 | $0.00 | $0.00 |
| Service | KAR | 02/10/2025 | Reviewed Schedule B for all bank accounts; reviewed and organized documents required by trustee for meeting of creditors including bank statements, tax returns, pay advice, and copy of driver's license and Social Security card | 0.60 | $100.00 | $60.00 |
| Service | KAR | 02/10/2025 | Contact Debtor (Text/Email): Drafted email to debtor requesting updated social security card and additional bank; also text | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/11/2025 | Reviewed additional bank statements submitted by debtor via e-mail; merged with existing documents; submitted bank, pay, tax, photo ID and SS card to trustee for meeting of creditors via Internet; organized in case file; drafted text message to debtor to discontinue submitting bank statements and pay | 0.50 | $100.00 | $50.00 |
| Service | KAR | 02/11/2025 | Review email from debtor: Reviewed email from debtor providing information requested for additional debt to be added to her bk; drafted email to JC providing information | 0.20 | $100.00 | $20.00 |
| Service | BM | 02/11/2025 | Review: Proof of Claim 25-00223-JAW Keesler Federal Credit Union Document # 3. Sent to attorney for further review. | 0.10 | $0.00 | $0.00 |

Invoice # 7587 - 02/21/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 02/12/2025 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 02/14/2025 | Review: Proof of Claim 25-00223-JAW Keesler Federal Credit Union Document # 3 | 0.20 | $0.00 | $0.00 |
| Service | BM | 02/14/2025 | Incoming Call: Debtor is needing permission from us to allow direct communication with their mortgage lender. Confirmed debtor's mortgage is paid direct. Tasked Kirsten to draft the letter. | 0.20 | $155.00 | $31.00 |
| Service | BM | 02/14/2025 | Review: Proof of Claim 25-00223-JAW US Department of Education c/o Nelnet Document # 4 | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/18/2025 | Reviewed e-mail from KAR providing information for new debt submitted by debtor along with 7 e-mails and Bond Agreement attached to e-mail; reviewed all; drafted text message to debtor inquiring if $45,000 is the amount remaining on the debt. | 0.40 | $155.00 | $62.00 |
| Service | KAR | 02/18/2025 | Drafted letter authorizing creditor to speak with the debtor regarding their account; drafted email to debtor requesting loan number to include with the letter before submitting to VM to have signed by TR | 0.30 | $100.00 | $30.00 |
| Service | KAR | 02/18/2025 | Review and organize documents provided by debtor: Reviewed and organized updated pay provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/18/2025 | Drafted email to JC inquiring on the process of determining whether a debtor's plan payments will increase due to a raise if they have not requested a payment modification | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/19/2025 | Review email from debtor: Reviewed email from debtor providing her account number for her mortgage company | 0.10 | $0.00 | $0.00 |
| Service | KAR | 02/19/2025 | Contact Debtor (Text/Email): Drafted email to debtor informing her that once she has obtained two months worth of pay reflecting her pay increase she will need to submit those pay stubs as well as an updated expense sheet so that her plan | 0.10 | $100.00 | $10.00 |

Page 9 of 13

| | | | payments can be reassessed | | | |
|---|---|---|---|---|---|---|
| Service | KAR | 02/19/2025 | Completed drafting letter, emailed to VM to have printed on letterhead, have signed by TR, and returned to me | 0.20 | $0.00 | $0.00 |
| Service | JC | 02/20/2025 | Reviewed text message from debtor verifying the amount due to JW Bond; drafted task memo to SA to collect filing fee to add the new debt to the BK. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 02/20/2025 | Review email from debtor: Reviewed email from debtor inquiring on whether she needed to list deductions from her paycheck on her expense sheet; drafted email to debtor informing her that she should not list those deductions on her expense sheet and if she does list them then she should clarify that they are deductions from her pay check | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/20/2025 | Review email from debtor: Reviewed email from debtor inquiring on how plan payments are determined; drafted email to debtor informing her that the attorney determines that amount based on car payments, secure debts, taxes, unsecured debts, income, etc | 0.20 | $100.00 | $20.00 |
| Service | KAR | 02/20/2025 | Reviewed email from VM providing a copy of signed Authorization to Contact letter | 0.10 | $100.00 | $10.00 |
| Service | KAR | 02/20/2025 | Contact Debtor (Text/Email): Drafted email to debtor providing the signed Authorization to contact letter for her to submit to Freedom Mortgage | 0.10 | $100.00 | $10.00 |
| Service | JAC | 02/20/2025 | Review: Proof of Claim 25-00223-JAW Internal Revenue Servi Document # 5 | 0.20 | $0.00 | $0.00 |
| Service | JC | 02/21/2025 | Call Debtor: Reviewed IRS POC; called wife regarding filing 2024 taxes and informing the IRS filed its POC with estimated amount of tax liability; she said that they spoke with their CPA and told him they needed the taxes done before their MOC on 02/25; discussed the estimated amount of the tax liability and the fact that the biggest impact of not getting the taxes filed and the POC amended is an | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | increase in plan payment; she said she definitely could not afford an increase and will push her accountant to get them filed and send a signed copy to me. | | | |
| Service | KAR | 02/21/2025 | Review email from debtor: Reviewed email from debtor inquiring on whether everyday necessities were included in the determination of plan payments as she wanted to make sure that expenses like daycare, formula, diapers, etc are being factored in; drafted email to debtor informing her that she would need to list all of those expenses on her expense she because the attorney will not know to factor in those expenses if they do not know about the expenses | 0.10 | $100.00 | $10.00 |
| Service | TR | 02/21/2025 | Review and revise itemizations | 0.20 | $0.00 | $0.00 |
| Service | JC | 02/21/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $0.00 | $0.00 |
| Service | JC | 02/21/2025 | Drafted 1st Invoice for services rendered. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/21/2025 | Reviewed current invoice and completed Lodestar Analysis. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/21/2025 | Drafted 1st Application for Compensation utilizing Lodestar Analysis; drafted Notice, Affidavit, and proposed Order. | 0.30 | $155.00 | $46.50 |
| Service | JC | 02/21/2025 | Drafted memo to TR attaching Application for Compensation, Lodestar Analysis, Exhibit A and proposed Order for his review. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/21/2025 | Drafted e-mail memo to SA attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $0.00 | $0.00 |
| | | | | **Services Subtotal** | | **$2,443.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 01/29/2025 | Chapter 13 Filing Fee | 1.00 | $313.00 | $313.00 |
| Expense | 01/29/2025 | Credit Counseling | 1.00 | $20.00 | $20.00 |

| | | | | | |
|---|---|---|---|---|---|
| Expense | 01/29/2025 | Credit Report | 1.00 | $90.00 | $90.00 |
| Expense | 01/31/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $54.58 | $54.58 |
| Expense | 02/21/2025 | Mailing Expense - Fee Application: Mailing Expense - 1st Fee Application Estimate | 1.00 | $56.10 | $56.10 |
| | | | **Expenses Subtotal** | | **$533.68** |

| | Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | Jennifer Curry Calvillo | Attorney | 2.0 | $360.00 | $720.00 |
| | Jennifer Curry Calvillo | Attorney | 0.9 | $0.00 | $0.00 |
| | Thomas Rollins | Attorney | 0.7 | $360.00 | $252.00 |
| | Thomas Rollins | Attorney | 0.2 | $0.00 | $0.00 |
| | Shaton Andrews | Non-Attorney | 0.8 | $100.00 | $80.00 |
| | Jacki Curry | Non-Attorney | 2.2 | $155.00 | $341.00 |
| | Jacki Curry | Non-Attorney | 0.4 | $0.00 | $0.00 |
| | Vanessa Martinez | Non-Attorney | 0.1 | $100.00 | $10.00 |
| | Breanne McDaniel | Non-Attorney | 1.8 | $155.00 | $279.00 |
| | Breanne McDaniel | Non-Attorney | 0.6 | $0.00 | $0.00 |
| | Grayson Morrison | Non-Attorney | 0.2 | $155.00 | $31.00 |
| | Kirsten Raimey | Non-Attorney | 7.3 | $100.00 | $730.00 |
| | Kirsten Raimey | Non-Attorney | 1.3 | $0.00 | $0.00 |
| | | | | **Subtotal** | **$2,976.68** |
| | | | | **Total** | **$2,976.68** |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7587 | 03/23/2025 | $2,976.68 | $0.00 | $2,976.68 |
| | | | **Outstanding Balance** | **$2,976.68** |
| | | | **Total Amount Outstanding** | **$2,976.68** |

Invoice # 7587 - 02/21/2025

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1** How many PAGES are in the document(s) you intend to upload?  `6`  pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2** How many parties will be receiving your documents?  `30`  parties
This is another way of asking how many envelopes will we have to stuff?

**3** We will print on both sides of the sheet.  `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4** We will print your documents 1 page per side.  `1`

**Disclaimer & User Agreement:**

```
         By clicking on the 'Get Estimate' button
below, you (hereafter "User") agree to the following terms and
conditions. This quote is for estimation purposes and is not a
guarantee of cost for services. Quote is based on current
information from User about the mailing project requirements.
It does not constitute a review by BK Attorney Services, LLC
for pricing on the actual cost of mailing a particular
project. Many factors may or may not be known at the time of
obtaining the estimate.  Changes in addresses, changes in
documents, international mail costs and other factors all
```

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

90

| | |
|---|---|
| Date and Time: | Fri Feb 21 2025 12:24:01 GMT-0600 (Central Standard Time) |
| Total Pages to Print: | 180 |
| Sheets Per Envelope | 3 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                                              34.2 |
| Postage Cost: | $                                                              21.9 |
| Total Cost: | $                                                              56.1 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED