Fill in this information to identify the case:

Debtor 1   Samantha Adams McBride

Debtor 2   Olin Watson McBride, Jr
(Spouse, if filing)

United States Bankruptcy Court for the:  SOUTHERN          District of  MISSISSIPPI
                                                                         (State)

Case number  25-00223-JAW

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   FREEDOM MORTGAGE CORPORATION      Court claim no. (if known)      10

**Last four digits** of any number you      XXXXXX9685
use to identify the debtors' account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes.  Date of the last notice:

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney fees | | (3) | $ 0.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 4/2/2025, | (5) | $ 200.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          p a g e  **1**

Debtor 1   Samantha Adams McBride
           First Name   Middle Name   Last Name

Case number (*if known*)   25-00223-JAW

## Part 2:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/A. Michelle  Hart Ippoliti
   Signature

Date  08/01/2025

Print:  A. Michelle                    Hart Ippoliti
        First Name   Middle Name       Last Name

Title  Authorized Agent

Company  McCalla Raymer Leibert Pierce, LLP

Address  1544 Old Alabama Road
         Number      Street
         Roswell              GA           30076
         City                 State        ZIP Code

Contact phone  678-281-6537

Email  michelle.ippoliti@mccalla.com

Official Form 410S2      Notice of Postpetition Mortgage Fees, Expenses, and Charges      page **2**

B 10 (Supplement 2) (12/11) Case: Page 3

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**In re:**  )
 )  **Case No.** 25-00223-JAW
Samantha Adams McBride )  **Chapter** 13
Olin Watson McBride, Jr )
 )  **JUDGE:** Jamie A. Wilson

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

| Bankruptcy/Proof of Claim Fees | | | $200.00 |
|---|---|---|---|
| 04/02/2025 | | Preparation and Filing of Proof of Claim | $200.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:     **$200.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

|  |  |
|---|---|
| In Re:<br>   Samantha Adams McBride<br>   Olin Watson McBride, Jr | Bankruptcy Case No.: 25-00223-JAW<br>Chapter: 13<br>Judge: Jamie A. Wilson |

## CERTIFICATE OF SERVICE

I, A. Michelle Hart Ippoliti, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Samantha Adams McBride
208 Cobblestone Dr
Madison, MS 39110

Olin Watson McBride, Jr
208 Cobblestone Dr
Madison, MS 39110

Thomas Carl Rollins, Jr                  *(Served via ECF Notification)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Torri Parker Martin                      *(Served via ECF Notification)*
Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

United States Trustee                    *(Served via ECF Notification)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 08/04/2025   By: /s/A. Michelle Hart Ippoliti
(date)   A. Michelle Hart Ippoliti
Authorized Agent for Creditor